United States Courts Southern
District of Texas
FILED

*September 06, 2023*

Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § § § |
| v. | §   Case No. **4:23-cr-00408** |
| | § |
| (1) IRVING GALLEGOS-CRUZ | § |
| (2) MARIA GUADALUPE SUAREZ-GALLEGOS | § |
| (3) HERNAN GAFIAS | § |
| (4) JULIO CESAR GALLEGOS | § |
| (5) JOSE BAUTISTA-SANTANA | § |
| (6) ERWIN LOPEZ-GOUX | § |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT ONE
**Kidnapping**
(18 United States Code, §§ 1201(a) and 2)

On or about June 14, 2023, through on or about June 19, 2023, in the Houston Division of the Southern District of Texas, the defendants,

(1) IRVING GALLEGOS-CRUZ,
(2) MARIA GUADALUPE SUAREZ-GALLEGOS,
(3) HERNAN GAFIAS,
(4) JULIO CESAR GALLEGOS,
(5) JOSE BAUTISTA-SANTANA,
and
(6) ERWIN LOPEZ-GOUX,

aiding and abetting others known and unknown to the Grand Jury, did unlawfully seize, confine, kidnap, abduct and carry away and hold for some ransom, reward, and otherwise, to wit: to obtain United States Currency for H.U., and, in committing and in furtherance of the commission of the offense used cellular telephones and vehicles, a means, facility, and instrumentality of interstate or foreign commerce.

In violation of Title 18, United States Code, §§ 1201 (a) and 2.

1

## COUNT TWO
Hostage Taking
(18 U.S.C. §§ 1203(a) and 2)

On or about June 14, 2023, through on or about June 19, 2023, in the Houston Division of the Southern District of Texas, the defendants,

**(1) IRVING GALLEGOS-CRUZ,
(2) MARIA GUADALUPE SUAREZ-GALLEGOS,
(3) HERNAN GAFIAS,
(4) JULIO CESAR GALLEGOS,
(5) JOSE BAUTISTA-SANTANA,
and
(6) ERWIN LOPEZ-GOUX,**

aiding and abetting each other and others known and unknown to the Grand Jury, did seize, detain, threaten to kill and injure, and continue to detain, H.U., a foreign national, in order to compel a third person to pay ransom, reward or do any act as an explicit or implicit condition for the release of H.U.

In violation of Title 18, United States Code, §§ 1203 (a) and 2.

## COUNT THREE
**Conspiracy to Transport Aliens**
(8 U.S.C. § 1324(a)(1)(A)(v)(I), 1324(a)(1)(A)(ii), and 1324(a)(1)(B)(iii))

From on or about June 10, 2023, through on or about June 20, 2023, in the Houston Division of the Southern District of Texas, the defendants,

**(1) IRVING GALLEGOS-CRUZ,
(2) MARIA GUADALUPE SUAREZ-GALLEGOS,
(3) HERNAN GAFIAS,
(4) JULIO CESAR GALLEGOS,
(5) JOSE BAUTISTA-SANTANA,
and
(6) ERWIN LOPEZ-GOUX,**

did knowingly combine, conspire, confederate and agree with others, known and unknown to the Grand Jury, to commit offenses against the United States, that is: to transport and move undocumented aliens within the United States, in any manner whatsoever, knowing and in reckless

2

disregard of the fact that such aliens had entered the United States in violation of law, and did so placing the life of any individual in jeopardy.

In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(v)(I), 1324(a)(1)(A)(i), and 1324(a)(1)(B)(iii).

### COUNT FOUR
**Conspiracy to Harbor Aliens**
(8 U.S.C. § 1324(a)(1)(A)(v)(I), 1324(a)(1)(A)(ii), and 1324(a)(1)(B)(i))

From on or about June 10, 2023, through on or about June 20, 2023, in the Houston Division of the Southern District of Texas, the defendants,

**(1) IRVING GALLEGOS-CRUZ,**
**(2) MARIA GUADALUPE SUAREZ-GALLEGOS,**
**(3) HERNAN GAFIAS,**
**(4) JULIO CESAR GALLEGOS,**
**(5) JOSE BAUTISTA-SANTANA,**
**and**
**(6) ERWIN LOPEZ-GOUX,**

did knowingly combine, conspire, confederate and agree with others, known and unknown to the Grand Jury, to commit offenses against the United States, that is: knowing and in reckless disregard of the fact that undocumented aliens had come to, entered, and remained in the United States, did conceal, harbor, and shield from detection such aliens in buildings and other places for the purpose of commercial advantage and private gain.

In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(v)(I), 1324(a)(1)(A)(iii), and 1324(a)(1)(B)(i).

### COUNTS FIVE THROUGH SEVEN
**Transporting Aliens**
(8 U.S.C. § 1324(a)(1)(A)(ii) & (a)(1)(B)(i))

On or about June 10, 2023, through on or about June 20, 2023, in the Houston Division of the Southern District of Texas, the defendants,

**(1) IRVING GALLEGOS-CRUZ,**
**(2) MARIA GUADALUPE SUAREZ-GALLEGOS,**
**(3) HERNAN GAFIAS,**
**(4) JULIO CESAR GALLEGOS,**
**(5) JOSE BAUTISTA-SANTANA,**
and
**(6) ERWIN LOPEZ-GOUX,**

knowing and in reckless disregard of the fact that certain aliens had come to, entered and remained in the United States in violation of law, transported and moved and attempted to transport and move, such aliens within the United States in furtherance of such violation of law by means of a motor vehicle for the purpose of commercial advantage and private financial gain, as set forth in Counts Five, Six and Seven below:

| **Count** | **Alien Name** |
|---|---|
| 5 | A.T.R. |
| 6 | K.R.V. |
| 7 | H.U. |

**A TRUE BILL**

Original Signature on File
FOREPERSON OF THE GRAND JURY

ALAMDAR S. HAMDANI
United States Attorney

By: *Celia Moyer*
Celia Moyer
Assistant United States Attorney
(713) 567-9000